FR:CSK
F. #2021R00419

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – –X

| | |
|---|---|
| UNITED STATES OF AMERICA, | FINAL ORDER OF FORFEITURE |
| - against - | 21-CR-468 (CBA) |
| RICHARD ZAVADA, | |
| Defendant. | |

– – – – – – – – – – – – – – – – –X

        WHEREAS, on or about October 4, 2021, Richard Zavada (the "defendant"), entered a plea of guilty to the the Sole Count of the above-captioned Information, charging a violation of 18 U.S.C. § 1952(a)(3);

        WHEREAS, on April 15, 2022, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of one hundred eighty-seven thousand dollars and zero cents ($187,000.00) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in: (i) thirty thousand six hundred thirty-five dollars and zero cents ($30,635.00) seized from the defendant's residence in or around Hicksville, New York on or about November 18, 2021; and (ii) three hundred thousand one hundred dollars and zero cents ($300,100.00) seized from a safe deposit box held in the defendant's name at a branch of TD Bank, N.A. in or around Plainview, New York  (collectively, the "Seized Assets"), are forfeitable to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c),  as property, real or personal, constituting or

derived from, proceeds obtained directly or indirectly as a result of the defendant's violation of 18 U.S.C. § 1952(a)(3), and/or substitute assets, pursuant to 21 U.S.C. § 853(p).

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning August 3, 2022 through and including September 1, 2022 (Docket no. 64);

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), the Preliminary Order, all right, title, and interest in the Seized Assets and any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the Federal Bureau of Investigation, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Assets and any and all other payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of Forfeiture and the Preliminary Order.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: ProMinds Paralegal, Nicole Brown, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
_____, 2023

SO ORDERED:

_____
HONORABLE CAROL B. AMON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK